PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Michael Szymanski</u>  Case Number: <u>3:10-00192</u>

Name of Current Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable Jon Phipps McCalla, Chief U.S. District Judge, WDTN</u>

Date of Original Sentence: <u>October 5, 2005</u>

Original Offense: <u>18 USC 2422(b) Use of Computer/Telephone System for Purpose of Persuading Minor to Engage in Sexual Acts</u>

Original Sentence: <u>60 months' custody followed by supervised release for life.</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>April 16, 2010</u>

Assistant U.S. Attorney: <u>Carrie Daughtrey</u>   Defense Attorney: <u>TBD</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 14th day of Nov., 2012, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Donna Jackson
U.S. Probation Officer

Place        Nashville, Tennessee

Date         November 13, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>   <u>Nature of Noncompliance</u>

1. **<u>The defendant shall not possess, view, listen to, or go to locations where any form of pornography, sexually stimulating material, or sexually oriented material is available.</u>**

   During a polygraph test conducted on July 18, 2012, Mr. Szymanski was found to be untruthful. He admitted he watched sexually stimulating shows on cable television. One of the shows he admitted watching was Real Sex on HBO.

2. **<u>The defendant shall not associate with children under the age of 18.</u>**

   After failing the polygraph, Mr. Szymanski reported contact with a minor in his neighborhood when he was selling a car. He also advised while his wife was pregnant he came into contact with minors at the hospital and also during a portrait setting with his family.

3. **<u>The defendant shall not possess or use a computer or any device with access to any "on-line computer service" at any location (including place of employment without the prior written approval of the probation officer.</u>**

   Mr. Szymanski advised that he and his wife had gone to locations outside the residence and looked at the internet on his wife's laptop. Mr. Szymanski is/was aware he needed permission to access the internet with his wife.

**<u>Compliance with Supervision Conditions and Prior Interventions</u>:**

Other than the violation behavior listed above, Mr. Szymanski has been otherwise compliant with all standard and special conditions of supervision. He was placed in sex offender specific treatment in May 2010. He attends a one-hour group session every week and one hour of individual a month. Mr. Szymanski took a follow-up polygraph on October 17, 2012, and no deception was indicated.

**<u>U.S. Probation Officer Recommendation:</u>**

It is respectfully requested that no action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

Assistant United States Attorney Carrie Daughtrey has been consulted and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer